NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of O.C., a child.                     )
_____ )
                                                      )
D.G.,                                                 )
                                                      )
            Appellant,                                )
                                                      )
v.                                                    )          Case No. 2D19-1787
                                                      )
DEPARTMENT OF CHILDREN AND                            )
FAMILIES and GUARDIAN AD LITEM                        )
PROGRAM,                                              )
                                                      )
            Appellees.                                )
_____ )

Opinion filed September 27, 2019.

Appeal from the Circuit Court for Lee
County; Geoffrey Gentile, Judge.

Jennifer Barbookles of Law Office of
Jennifer Barbookles, P.A., Tampa, for
Appellant.

Meredith K. Hall, Bradenton, for Appellee
Department of Children and Families.

Douglas J. Glaid, Statewide Guardian ad
Litem Office, Fort Lauderdale, and
Thomasina F. Moore, Statewide Director
of Appeals, Tallahassee, for Appellee
Guardian ad Litem Program.

PER CURIAM.

Affirmed.

KELLY, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.